# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>ONTARIO M. YARBROUGH<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:23-mj-568<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 13, 2023 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(C); and | Possession with intent to distribute fentanyl, a schedule II controlled substance; and |
| 21 U.S.C. 843(b) | Prohibited use of a communication facility (US Mail). |

This criminal complaint is based on these facts:
As set forth in the attached Affidavit of Postal Inspector Justin D. Koble

☑ Continued on the attached sheet.

*Complainant's signature*

Justin D. Koble / US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 13, 2023

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

## AFFIDAVIT

### Introduction and Background

I, Justin D Koble, Postal Inspector with The United States Postal Inspection Service, being duly sworn, depose and say:

1. I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since July 2014. I am currently assigned to the Narcotics and Money Laundering Team at the USPIS's Columbus, Ohio field office. In this capacity, I am responsible for investigating the illegal use of the United States Mails for the purpose of transporting controlled substances such as methamphetamine, heroin, fentanyl, fentanyl-related analogs, cocaine, and other controlled substances, in violation of, among other statutes, Title 21, United States Code, § 841(a)(1) (manufacturing, distribution, or possession with the intent to manufacture or distribute a controlled substance), 843(b) (unlawful use of a communication facility in the commission of a crime), and 846 (drug conspiracy). In addition, I am responsible for investigating possible violations of Title 18, United States Code, § 1956 and 1957 (money laundering).

2. I have been involved in the investigation and discovery of drug contraband and drug proceeds on numerous occasions. I have personally been the affiant for search warrants that have resulted in the discovery of controlled substances and drug proceeds. My current assignment to the Columbus Processing and Distribution Center (P&DC) involves investigating the use of the U.S. Mails by drug traffickers, in which established drug package profiles, surveillance, and drug detection dogs, among other investigative tools, are utilized.

3. The facts in this affidavit come from my personal observations, my training, experience, and information obtained from other law enforcement personnel and from persons

with knowledge regarding relevant facts and witnesses. This affidavit is intended to show merely that there is sufficient probable cause to find that violations of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi) (possession with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl) and Section 843 (prohibited use of a communication facility, to wit, U.S. mail) have been committed, in support of the requested criminal complaint and arrest warrant.

4. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, your affiant did not include each and every fact known concerning this investigation. Your affiant has set forth only the facts that are believed to be necessary to establish probable cause that Ontario Malik Yarbrough ("YARBROUGH") committed the violations listed above.

## Facts Supporting Findings of Probable Cause

5. On or about October 13, 2023, USIS interdiction personnel in Columbus, Ohio interdicted the United States Postal Service ("USPS") Priority Mail Express parcel bearing tracking number EI 609 013 643 US ("PARCEL"), upon arrival at the USPS Columbus Processing and Distribution Center, 2323 Citygate Drive, Columbus, Ohio 43218. The PARCEL was addressed to "Rickiya Robinson, 334 S Burgess Ave, Columbus, Ohio 43204", with a return address of in Phoenix, Arizona. The PARCEL was a white, USPS Priority Mail Express padded mailing envelope measuring approximately 9 ½" x 12 ½" x 1 ½" and weighing approximately 1 pound, 4 ounces. The PARCEL was mailed on or about October 12, 2023. The $29.45 in United States postage affixed to the PARCEL was paid for using cash.

6. On or about October 13, 2023, checks of USPS, USPIS, law enforcement, and open-source electronic databases were conducted to determine the validity of the destination

information contained on the PARCEL. The destination information, "Rickiya Robinson, 334 S Burgess [Avenue]" is known to be a valid and deliverable address in the 43204 zip code, however the name "Rickiya Robinson" does not associate with the address. Based on my training and experience, I know that drug traffickers often use false names on packages, in order to conceal their identity as the recipient of a package containing controlled substances.

7. On or about October 13, 2023, at approximately 11:26am EDT, the PARCEL was delivered to 334 South Burgess Avenue, Columbus, Ohio by an undercover US Postal Inspector. The PARCEL was left on the front porch of the residence, and as the undercover US Postal Inspector was walking down the stairs, YARBROUGH came out the front door, picked up the PARCEL and took it into the residence.

8. On or about October 13, 2023, at approximately 11:30am EDT, a federal search warrant issued in the Southern District of Ohio by Kimberly A. Jolson, United States Magistrate Judge, was executed at 334 South Burgess Avenue, Columbus, OH 43204.

9. During the search, the PARCEL was located, opened, on a futon couch immediately inside the front door. The PARCEL was found to contain approximately 500 grams of a pressed white powder inside a vacuum sealed bag. A sample of the white powder was field tested using the MX908 narcotic analyzer and tested positive for the presence of fentanyl. Fentanyl is a scheduled II controlled substance. Also located within the residence were multiple firearms, other suspected controlled substances, and items consistent with the manufacture and distribution of controlled substances.

## Conclusion

10. Based on the facts set forth in the Affidavit, I maintain there is probable cause to believe that Ontario M. Yarbrough, did knowingly possess with intent to distribute 400 grams or

more of a mixture or substance containing a detectable amount of fentanyl in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and did knowingly or intentionally use a communication facility, namely the United States mail, to facilitate the commission of said offense, in violation of Title 21 United States Code, Section 843(b).  Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant for the above individual.

_____
Justin D. Koble
United States Postal Inspector

Sworn to before me, and subscribed in my presence, this \_\_\_\_ day of October 2023, in Columbus, Ohio.

_____
Kimberly A. Jolson
United States Magistrate Judge